# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2761 Disciplinary Docket No. 3 |
| LARRY ELLIOT KLAYMAN | : Board File No. C1-20-405 |
| | : (District of Columbia Court of Appeals, No. 18-BG-0100) |
| | : Attorney Registration No. 54628 |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of January, 2021, having failed to submit a timely response to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, and further failing to articulate any meritorious reason that reciprocal discipline should not be imposed, Larry Elliott Klayman is suspended for ninety days from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all the provisions of Pa.R.D.E. 217.