In re: LARRY KLAYMAN,
Respondent