OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

**UNITED STATES COURT OF APPEALS**
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 6, 2021

**Via Certified Mail**
Larry Klayman, Esq.
Klayman Law Group
2020 Pennsylvania Avenue, N.W.Suite 800
Washington, DC20006

RE: In the Matter of

Larry Klayman

An Attorney At Law

C.A. Misc. No. 21-8021
(Supreme Court of Pennsylvania, No. 2761 Disciplinary Docket No. 3)

Dear Mr. Klayman:

Enclosed please find a self-explanatory show cause order, together with a copy of the Supreme Court of Pennsylvania order dated 01/15/2021.

This Court's Rules of Attorney Disciplinary Enforcement are available at www.ca3.uscourts.gov.

Very truly yours,

s/ Patricia S. Dodszuweit
Clerk
By: Legal Assistant/nmr/dwb
267-299-4252

Enclosure