UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Misc. No. 21-8021**

In re: Larry Elliot Klayman, Esquire
(Supreme Court of Pennsylvania, No. 2761 Disciplinary Docket No. 3)

## ORDER TO SHOW CAUSE

The Clerk of this Court received a copy of an order of the Supreme Court of Pennsylvania, dated January 15, 2021, suspending Larry Elliot Klayman, Esquire, from the practice of law in that court for a period of ninety (90) days. It is hereby ORDERED that Larry Elliot Klayman, Esquire, show cause within thirty (30) days of the date of this order pursuant to Rules 6.1 and 8.1 of this Court's Rules of Attorney Disciplinary Enforcement why he should not be suspended in this Court.

Upon receipt of this order to show cause, Larry Elliot Klayman, Esquire, must serve by mail or otherwise a copy of this order to show cause and a copy of the order of the other court on which it is based to any litigant for whom the attorney has entered an appearance in any matter pending in this Court. See R.A.D.E. 6.6. Any response to this order to show cause must include a certification that the attorney has complied with the requirement that he serve a copy of the order to show cause and a copy of the order of the other court on which it is based to any litigant for whom the attorney has entered an appearance in any matter pending in this Court. This certification must include a list of all the litigants notified and their addresses. A form certification is available on the Court's website at http://www.ca3.uscourts.gov/attorney-discipline-forms.

The Clerk of this Court will forward a certified copy of this order Larry Elliot Klayman, Esquire, by email, provided an email address is on file, and by certified mail, return receipt requested, to his last known address, together with a copy of the order of the other court on which it is based. See R.A.D.E. 6.4. If no response to this order to show cause is received within thirty (30) days, the matter will be deemed an uncontested proceeding pursuant to R.A.D.E. 9.1. The Clerk will notify the Chair of the Standing Committee, who will enter an order imposing the same discipline as the orders of the Supreme Court of Pennsylvania, dated January 15, 2021.

This Court's Rules of Attorney Disciplinary Enforcement are available on the

Court's website at: www.ca3.uscourts.gov.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 6, 2021