In re: LARRY ELLIOT KLAYMAN,
Respondent