OFFICE OF THE CLERK

MARCIA M. WALDRON
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 1, 2022

**Via ECF and Certified Mail # 7013 1090 0001 5974 6012**
Larry Klayman, Esq.
7050 West Palmetto Park Road
Boca Raton, FL 33433

RE: In the Matter of Larry Elliot Klayman
An Attorney At Law
C.A. Misc. Record No. 21-8021
(Supreme Court of Pennsylvania No. 2761 Disciplinary Docket No. 3 Board File No. C1-20-405)

Dear Mr. Klayman:

Enclosed please find a Report and Recommendation that the Standing Committee on Attorney Discipline has adopted in the above-captioned matter.

Pursuant to Rule 10.3 of the Rules of Attorney Disciplinary Enforcement, exceptions to the Report and Recommendation must be filed within twenty (20) days from the date of the Report and Recommendation. After twenty (20) days, the Report and Recommendation and any exceptions thereto will be forwarded to all active members of the Court for consideration.

Very truly yours,

*s/ Patricia S. Dodszuweit*
Patricia S. Dodszuweit
Clerk

By: s/ Desiree
Legal Assistant