OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**
**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 11, 2022

**<u>Via ECF and Certified Mail # 7013 1090 0001 5974 5510</u>**
Larry Klayman, Esq.
7050 West Palmetto Park Road
Boca Raton, FL 33433

RE: In the Matter of Larry Elliot Klayman
An Attorney at Law
<u>C.A. Misc. Record No. 21-8021</u>
(Supreme Court of Pennsylvania No. 2761 Disciplinary Docket No. 3 Board File No. C1-20-405

Dear Mr. Klayman:

Enclosed is a certified copy of an order entered today in the above-captioned matter.

This Court's Rules of Attorney Disciplinary Enforcement are available on the Court's website at: www.ca3.uscourts.gov. Please refer to the provisions of Rule 16.3 regarding initiating a separate reinstatement proceedings.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: <u>s/ *Aina*,</u> Legal Assistant
Direct Dial: 267-299-4957

Enclosure