UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 21-8021

---

In re: Larry Klayman

---

ORDER

---

Present: CHAGARES, Chief Judge, MCKEE, AMBRO, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, and PHIPPS, Circuit Judges

Upon consideration of the Report and Recommendation of the Standing Committee on Attorney Discipline and the record in this matter, it is hereby ORDERED that the Report and Recommendation is adopted in its entirety.

For the reasons set forth in the Report and Recommendation, Larry Klayman is hereby SUSPENDED from the practice of law in this Court for a period of 90 days, effective immediately.

For the Court,

s/ Michael A. Chagares
Chief Judge

DATED: October 11, 2022

A True Copy:

Patricia S. Dodszuweit, Clerk