**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | No. 3156 Disciplinary Docket No. 3 |
| LARRY ELLIOT KLAYMAN | No. 3 DB 2026 |
| | (District of Columbia Court of Appeals, No. 24-BG-0689) |
| | Attorney Registration No. 54628 |
| | (Out of State) |

**ORDER**

**PER CURIAM**

**AND NOW**, this 24th day of March, 2026, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Larry Elliot Klayman is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of 18 months. He shall comply with the provisions of Pa.R.D.E. 217.